■

### In the Matter of Madeline E. SCHWARTZ.

No. 627 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 8, 2001.

### ORDER

PER CURIAM:

AND NOW, this 8th day of January, 2001, Madeline E. Schwartz having been suspended from the practice of law in the State of New Jersey for a period of three months by Order of the Supreme Court of New Jersey dated May 10, 2000; the said Madeline E. Schwartz having been directed on November 13, 2000, to inform this Court of any claim she has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Madeline E. Schwartz is suspended from the practice of law in this Commonwealth for a period of three months, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

having been entered by this Court on December 11, 2000, and no response to the Rule to Show Cause having been filed, it is ORDERED that:

1. The Rule is made absolute and respondent is placed on temporary suspension until further definitive action by this Court;

2. Respondent shall comply with the provisions of Rule 217, Pa.R.D.E.;

3. The President Judge of the Court of Common Pleas of Montgomery County, in accordance with Rule 217(g), Pa.R.D.E., take such further action and make such further orders as may appear necessary to protect the rights and interests of respondent's clients; and

4. All financial institutions in Pennsylvania in which respondent holds accounts containing fiduciary funds shall freeze such accounts pending further order of this Court.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.